UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILED
MAY 0 5 2014
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

NOs. 5:14-MJ-1347 through 5:14-MJ-1428
NOs. 5:14-MJ-1430 through 5:14-MJ-1552
NOs. 5:14-MJ-1554 through 5:14-MJ-1581
NOs. 5:14-MJ-1759 through 5:14-MJ-1762

| | |
|---|---|
| IN THE MATTERS OF THE SEIZURES )<br>OF LOCATIONS WITHIN THIS )<br>DIVISION ) | ORDER TO SEAL |

Upon motion of the United States, it is hereby ORDERED that the Applications, Affidavits, Motion to Seal, and this Order in the above-captioned matters be sealed until further order of this Court, except that copies may be maintained by the United States Attorney's Office and may be served on Special Agents and other investigative and law enforcement officers of NCALE, the FBI, the IRS, and other state and federal government and contract personnel acting under the supervision of law enforcement. Sealing these documents will avoid seriously jeopardizing the investigation based on the facts set out in the Motion to Seal and the Applications and Affidavits in the above referenced matters.

This the 5 day of May, 2014.

THE HONORABLE JAMES E. GATES
United States Magistrate Judge